# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PINCHERA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SIMM ASSOCIATES, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:22-cv-01280-RBM-DEB<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

　　　　On August 30, 2022, Plaintiff John Pinchera ("Plaintiff") filed a complaint against Simm Associates, Inc. ("Defendant").  (Doc. 1.)  A summons was issued the same day. (Doc. 2.)  To date, Plaintiff has not filed a proof of service demonstrating Defendant was properly or timely served.  *See* FED. R. CIV. PRO. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").  On November 29, 2022, the Court issued an order requiring Plaintiff to show cause in writing on or before December 13, 2022 why this matter should not be dismissed for failure to prosecute.  Plaintiff has not responded to the Court's December 13 Order.

　　　　Accordingly, the Court hereby **DISMISSES** this action without prejudice against

1 | Simm Associates, Inc.  The Clerk of Court is **DIRECTED** to close the case.

2 |   **IT IS SO ORDERED**.

3 | DATE:  December 14, 2022

                    _____
                    HON. RUTH BERMUDEZ MONTENEGRO
                    UNITED STATES DISTRICT JUDGE